# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MELVIN MURPHY, | ) | |
| | ) | **Case No. 18 CV 4499** |
| Plaintiff, | ) | |
| v. | ) | **Judge John J. Tharp, Jr.** |
| | ) | |
| P.O. GEROLD LEE #15949, SGT. KROSKI, | ) | |
| P.O. LACZ, P.O. THERESA BERRY, #17604, | ) | |
| JOHN DOE P.O. OFFICERS, Individually and | ) | |
| THE CITY OF CHICAGO, | ) | **Magistrate Judge Maria Valdez** |
| | ) | |
| | ) | **JURY DEMAND** |
| Defendants. | ) | |

## SECOND AMENDED COMPLAINT

NOW COMES the Plaintiff, MELVIN MURPHY, by and through his attorneys, Gregory Kulis & Associates, Ltd., complaining against the Defendants, P.O. GEROLD LEE, #15949, SGT. KROSKI, P.O. LACZ, P.O. THERESA BERRY, #17604, and JOHN DOE POLICE OFFICERS, individually, and the CITY OF CHICAGO, a municipal corporation, as follows:

## COUNT I – FALSE ARREST

1)      This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, and accomplished by acts and/or omissions of the Defendants committed under color of law.

2)      Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental Jurisdiction of the State of Illinois.

3)      The Plaintiff, MELVIN MURPHY, was at all relevant times a United States citizen and resident of the State of Illinois.

4) The Defendants, P.O. GEROLD LEE, #15949 and SGT. KROSKI, P.O. LACZ, P.O. THERESA BERRY, #17604, and JOHN DOE POLICE OFFICERS, were at all relevant times duly appointed Police Officers of the CITY OF CHICAGO and were acting within the scope of employment and under color of law.

5) On July 30, 2016, Plaintiff went to the store to buy groceries. Upon exiting the store, he was stopped by Defendants P.O. GEROLD LEE, #15949 and JOHN DOE POLICE OFFICERS and asked questions relating to identification.

6) Plaintiff complied with Defendants P.O. GEROLD LEE, #15949 and JOHN DOE POLICE OFFICERS commands and at no point in time while interacting with Defendants did he engage in any criminal activity.

7) After a short interaction with Defendants P.O. GEROLD LEE, #15949 and JOHN DOE POLICE OFFICERS, Plaintiff was allowed to leave to go home.

8) Sometime prior to March 23, 2017 Defendants P.O. GEROLD LEE, #15949, SGT. KROSKI, P.O. LACZ, P.O. THERESA BERRY, #17604, and JOHN DOE POLICE OFFICERS intentionally falsified a criminal complaint against the Plaintiff for the crime of delivery of a controlled substance that they knew to be false and initiated the process to obtain an arrest warrant for the Plaintiff.

9) On or about March 23, 2017, Defendants P.O. GEROLD LEE, #15949 and JOHN DOE POLICE OFFICERS executed an arrest warrant for the Plaintiff at 2950 W. Harrison, Unit #204, Chicago, Illinois, 60612, whereby Plaintiff was arrested for the crime of delivery of a controlled substance.

10) The Plaintiff did not commit the crime that was the basis of this falsified arrest

2

warrant.

11)     P.O. GEROLD LEE, #15949, SGT. KROSKI, P.O. LACZ, P.O. THERESA BERRY, #17604, and JOHN DOE POLICE OFFICERS did not have probable cause to arrest the Plaintiff or apply for any such arrest warrant.

12)     As a result of the warrant the Plaintiff was arrested and held in custody.

13)     Said actions were intentional, willful and wanton.

14)     There was no probable cause to issue this warrant.

15)     Said actions of Defendants P.O. GEROLD LEE, #15949, SGT. KROSKI, P.O. LACZ, P.O. THERESA BERRY, #17604, and JOHN DOE POLICE OFFICERS violated the Plaintiff MELVIN MURPHY's Fourth and Fourteenth Amendment Rights of the United States Constitution as protected by 42 U.S.C. §1983.

16)     As a direct and proximate consequence of said conduct of Defendants P.O. GEROLD LEE, #15949 P.O. GEROLD LEE, #15949, SGT. KROSKI, P.O. LACZ, P.O. THERESA BERRY, #17604, and JOHN DOE POLICE OFFICERS, the Plaintiff, MELVIN MURPHY, suffered violations of his constitutional rights, emotional anxiety, fear, pain, suffering, monetary loss and expense and loss of his freedom.

WHEREFORE, the Plaintiff, MELVIN MURPHY, prays for judgment against Defendants P.O. GEROLD LEE, #15949 P.O. GEROLD LEE, #15949, SGT. KROSKI, P.O. LACZ, P.O. THERESA BERRY, #17604, and JOHN DOE POLICE OFFICERS, for reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT II – MALICIOUS PROSECUTION

1-14)  The Plaintiff, MELVIN MURPHY, hereby realleges and incorporates his allegations of paragraphs 3-16 of Count I as his respective allegations of paragraphs 1-16 of Count II though fully set forth herein.

15)  Defendants P.O. GEROLD LEE, #15949, SGT. KROSKI, P.O. LACZ, P.O. THERESA BERRY, #17604, and JOHN DOE POLICE OFFICERS charged the Plaintiff with the delivery of a controlled substance.

16)  The Defendants proceeded with the prosecution of this case knowing the allegations were false.

17)  The criminal matter was resolved in favor of the Plaintiff, MELVIN MURPHY, in a manner indicative of his innocence.

18)  As a result of the actions of the Defendants, the Plaintiff, MELVIN MURPHY, suffered emotional anxiety, fear, pain, suffering, monetary loss and expense and monetary loss and the loss of his freedom.

WHEREFORE, the Plaintiff, MELVIN MURPHY, prays for judgment against the Defendants P.O. GEROLD LEE, #15949, SGT. KROSKI, P.O. LACZ, P.O. THERESA BERRY, #17604, and JOHN DOE POLICE OFFICERS, for reasonable compensatory damages, punitive damages, and costs.

## COUNT III
## CONSPIRACY

1-18).  Plaintiff realleges and incorporates Paragraphs 1-18 as though fully set forth herein.

4

19. Defendants P.O. GEROLD LEE, #15949, SGT. KROSKI, P.O. LACZ, P.O. THERESA BERRY, #17604, and JOHN DOE POLICE OFFICERS conspired together and agreed to deprive Plaintiff of his constitutional rights by falsely arresting him.

20. Defendants acted together and agreed to cover up their actions by inventing a fabricated story as to what they did and did not do to Plaintiff.

**WHEREFORE**, Plaintiff, MELVIN MURPHY, prays for judgment against Defendants P.O. GEROLD LEE, #15949, SGT. KROSKI, P.O. LACZ, P.O. THERESA BERRY, #17604, and JOHN DOE POLICE OFFICERS, and for compensatory and punitive damages, attorneys' fees and costs.

## COUNT IV- INDEMNIFICATION – CITY OF CHICAGO

1-20) The Plaintiff, MELVIN MURPHY, hereby realleges and incorporates his allegations of paragraphs 1-20 of Counts I-III as his respective allegations of paragraphs 1-20 of Count IV as though fully set forth herein.

21) Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

22) Defendants P.O. GEROLD LEE, #15949, SGT. KROSKI, P.O. LACZ, P.O. THERESA BERRY, #17604, and JOHN DOE POLICE OFFICERS are employees of the City of Chicago Police Department who acted within the scope of his employment in committing the misconduct described herein.

23) Should Defendants P.O. GEROLD LEE, #15949 SGT. KROSKI, P.O. LACZ, P.O. THERESA BERRY, #17604, and JOHN DOE POLICE OFFICERS, be found liable for the acts alleged above, the CITY OF CHICAGO would be liable to pay the Plaintiff, MELVIN MURPHY

5

any judgment obtained against said Defendants.

WHEREFORE, the Plaintiff, MELVIN MURPHY, prays for judgment against Defendants P.O. GEROLD LEE, #15949 SGT. KROSKI, P.O. LACZ, P.O. THERESA BERRY, #17604, and JOHN DOE POLICE OFFICERS, for reasonable compensatory damages, punitive damages, and costs.

## **JURY DEMAND**

The Plaintiff, MELVIN MURPHY, requests a trial by jury.

Respectfully submitted,
MELVIN MURPHY


/s/Brian M. Orozco
Gregory E. Kulis and Associates


Gregory E. Kulis and Associates
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830